**Jimmy Jackson LITTLE, Petitioner–Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

**No. 2006–1417, 2006–1418.**

United States Court of Appeals, Federal Circuit.

Aug. 18, 2006.

Jimmy Jackson Little, pro se.

## ORDER

On July 26, 2006 the court issued an order allowing Jimmy Jackson Little ("Little") 14 days to oppose the transfer of this case to the United States Court of Appeals for the Fourth Circuit. Little has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The cases and in forma pauperis motion are transferred to the United States Court of Appeals for the Fourth Circuit.

(2) Each side shall bear its own costs.